**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Dawn Michele Thompson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | No. CV-12-714-PHX-LOA<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion for a Stay of Defendant's Response to Plaintiff's Motion for Award of EAJA Attorney Fees in Light of United States Government Cessation. (Doc. 25) Defendant explains that, as a result of the Government's shutdown, "Department of Justice Attorneys and employees of the federal Social Security Administration are prohibited from working, even on a voluntary basis, 'except for emergencies involving the safety of human life or the protection of property.'" (*Id*. at 2) (quoting 31 U.S.C. § 1342). Defendant, therefore, requests a stay of the deadline to respond to Plaintiff's Motion for Award of Attorney's Fees, doc. 22. Plaintiff's counsel has no objection to the Motion.

The statute relied on by Defendant, 31 U.S.C. § 1342, states:

> An officer or employee of the United States Government or of the District of Columbia government may not accept voluntary services for either government or employ personal services exceeding that authorized by law

except for emergencies involving the safety of human life or the protection of property. This section does not apply to a corporation getting amounts to make loans (except paid in capital amounts) without legal liability of the United States Government. As used in this section, the term "emergencies involving the safety of human life or the protection of property" does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property.

In light of the lack of funding resulting from the Government's shutdown and the prohibition of non-essential governmental employees from performing voluntary services, and absent any opposition, Defendant's Motion will be granted. Defendant will be ordered to notify the Court when funding resumes, upon which the Court will lift the stay and extend the normal response time by the number of days the shutdown was in effect.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for a Stay of Defendant's Response to Plaintiff's Motion for Award of EAJA Attorney Fees in Light of United States Government Cessation, doc. 25, is **GRANTED**. Defendant's Response is hereby **STAYED** pending the resumption of funding for the Department of Justice and the Social Security Administration.

**IT IS FURTHER ORDERED** that Defendant shall notify this Court when funding for the two agencies resumes, upon which the Court will issue an order to lift the stay and extend the normal response time by the number of days the shutdown was in effect.

DATED this 8th day of October, 2013.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge